"UNDER SEAL"

FILED
CHARLOTTE, NC

MAY 17 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**OMAR ANTONIO JARAMILLO-MEZA** | **Docket No. 3:23-cr-126-RJC**<br><br>**BILL OF INDICTMENT**<br><br>**Violations:**<br>**18 U.S.C. § 2**<br>**21 U.S.C. § 841**<br>**21 U.S.C. § 846** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Fentanyl Trafficking Conspiracy)**

From at least as early as in or about April 2022 to in or about May 2022, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**OMAR ANTONIO JARAMILLO-MEZA,**

did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
**(Attempted Distribution of Fentanyl)**

On or about April 29, 2022, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**OMAR ANTONIO JARAMILLO-MEZA,**

aiding and abetting another person, did knowingly and intentionally attempt to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846, and Title 18, United States Code, Section 2.

## COUNT THREE
**(Distribution of Fentanyl)**

On or about February 20, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**OMAR ANTONIO JARAMILLO-MEZA,**

aiding and abetting another person, did knowingly and intentionally distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOUR
**(Distribution of Fentanyl and Cocaine)**

On or about April 11, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**OMAR ANTONIO JARAMILLO-MEZA,**

aiding and abetting another person, did knowingly and intentionally distribute: (i) four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and (ii) five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

[redacted]

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

for

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY