# MINIMUM / MAXIMUM PENALTY FORM

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Omar Antonio JARAMILLO-Meza

Case Number: 3:23-cr-126-RJC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 846, 841(b)(1)(A) | 10 years | 10 years to life, $10 million fine, at least 5 yrs supervised release |
| 2 | 21 USC 846, 841(b)(1)(B) | 5 years | 5-40 years, $5 million fine, at least 4 years supervised release |
| 3 | 21 USC 841(b)(1)(A) | 10 years | 10 years to life, $10 million fine, at least 5 yrs supervised release |
| 4 | 21 USC 841(b)(1)(A) | 10 years | 10 years to life, $10 million fine, at least 5 yrs supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO

* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE