**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:23-cr-126-SCR |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEAL** |
| v. | ) | |
| | ) | |
| OMAR ANTONIO JARAMILLO-MEZA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, Omar Antonio Jaramillo-Meza, by and through undersigned counsel, and respectfully notifies his desire to appeal the sentence and judgment entered by this Court on August 19, 2026, to the Fourth Circuit Court of Appeals.

Respectfully submitted, this the 21 day of August, 2026.

/s/ Steven Slawinski
Steven Slawinski
Assistant Federal Defender
N.C. Bar No. 38956
Federal Defender of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
Steven_Slawinski@fd.org
Counsel for Defendant